# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN MALDONADO-GONZALEZ**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**, *et al.*,<br><br>Defendants. | **CIVIL NO. 22-1250 (BJM)** |

## FINAL JUDGMENT

In accordance with the Opinion and Order entered at DE 67, the amended complaint is dismissed with prejudice.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of March, 2024.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge