# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARMEN MALDONADO-GONZALEZ, ET AL.,
  Plaintiffs,

v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, ET AL.,
  Defendants.

CIVIL NO. 22-1250 (MDM)

## <u>MINUTE</u>

On April 16, 2026, at 9:30AM, the Court held a Settlement Conference via videoconference in the virtual chambers of U.S. Magistrate Judge Marshal D. Morgan. The plaintiffs were represented by Attorney Andrés C. Gorbea Del Valle, and the defendants were represented by Attorneys José R. Cintrón, Germán A. Rieckehoff, and Arlyn González Díaz. Also present during the conference was the Mayor of Morovis, the Honorable Carmen Maldonado-González.

The Court began by inquiring whether the parties had discussed possible settlement scenarios since the last conference. Attorney Gorbea responded in the affirmative and explained that the Governor of Puerto Rico recently announced an intention to make a multimillion dollar investment into infrastructure projects aimed at improving the water system in Morovis. Attorney Gorbea indicated that the plaintiffs were very interested in meeting with PRASA to explore a timetable for those improvements that could potentially lead to a settlement of this case.

Encouraged by that development, the Court suggested staying the case for a period of thirty (30) days to allow the parties to meet, discuss their differences, and attempt to agree on a timetable for the necessary water service improvements in Morovis. The Court noted, moreover, that regardless of how the Court might rule on the pending dispositive motion, the issue of water service in the Municipality of Morovis will persist if not properly addressed. For that reason, the Court strongly encouraged the parties to think creatively in seeking a mutually beneficial resolution.

During the stay, the pending dispositive motion will remain under advisement in the hope that the parties will be able to reach an agreement and thereby make the motion moot. A Further Settlement Conference is hereby set

Carmen Maldonado-González. et al., v. PRASA, et al.,                                    Page 2
Civil No. 22-1250 (MDM)

---

for Thursday, May 14, 2026, at 9:30AM in the virtual chambers of U.S. Magistrate Judge Marshal D. Morgan. A link to join the videoconference will be provided in the docket entry order.

In San Juan, Puerto Rico, this 16th day of April 2026.

Conference began at 9:36AM
Conference ended at 10:50AM

s/Marshal D. Morgan
MARSHAL D. MORGAN
United States Magistrate Judge