# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN MALDONADO-GONZALEZ, ET AL.,**<br>    Plaintiffs,<br><br>v.<br><br>**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, ET AL.,**<br>    Defendants. | CIVIL NO. 22-1250 (MDM) |

## <u>MINUTE</u>

On May 14, 2026, at 9:30 AM, the Court held a Further Settlement Conference in the virtual chambers of U.S. Magistrate Judge Marshal D. Morgan. Plaintiffs were represented by Attorney Andrés C. Gorbea Del Valle, and defendants were represented by Attorneys José R. Cintrón and Arlyn González Díaz. Also present at the conference was the Mayor of Morovis, the Honorable Carmen Maldonado González.

The Court opened the conference by inquiring about the status of settlement discussions since the previous settlement conference held on April 16, 2026. Attorney Gorbea informed the Court that the parties have reached a settlement in principle and require approximately ten (10) days to finalize the details of the agreement. The proposed agreement contemplates a significant capital investment by PRASA to upgrade, improve, and repair the water system serving the Municipality of Morovis. Attorney González added that the negotiations have taken place at the principal level and have involved both the Mayor of Morovis and the President of PRASA.

Given the nature of the issues involved in this case, full compliance with any settlement agreement will not be immediate and will instead require several months or more to complete. The Court suggested that the parties consider requesting that it retain jurisdiction to enforce the terms and conditions of the settlement agreement after the filing of dismissal documents. The parties were reminded that any such request must be made by them before the case is dismissed so that the retention of jurisdiction appears in the final judgment.

The Court granted the parties twenty-one (21) days, until Thursday, June 4, 2026, to file the necessary dismissal documents.

Carmen Maldonado-González. et al., v. PRASA, et al.,                                    Page 2
Civil No. 22-1250 (MDM)

---

In San Juan, Puerto Rico, this 14th day of May 2026.

Conference began at 9:33AM
Conference ended at 9:50AM

s/Marshal D. Morgan
MARSHAL D. MORGAN
United States Magistrate Judge