**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **CARMEN MALDONADO GONZALEZ, et al**<br><br>Plaintiffs<br><br>v.<br><br>**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, et al**<br><br>Defendants | **Civil No. 22-01250 (HRV)** |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AND REQUEST FOR RETENTION OF JURISDICTION**

**TO THE HONORABLE COURT:**

**COME NOW** Carmen Maldonado-González, the Municipality of Morovis, Genoveva López, Justiniano Calderón, Shirley Soto, Aurea Castellano, Sonia Otero, Pablo Rivera-Burgos and Miguel A. Sepúveda ("the Plaintiffs"), and co-Defendant Puerto Rico Aqueduct and Sewer Authority ("PRASA"), through the undersigned counsel, and respectfully state and pray as follows:

1.      The Parties have entered into a written Settlement Agreement, Consent Stipulation of Dismissal Without Prejudice, and Request for Retention of Enforcement Jurisdiction (the "Settlement Agreement"), fully resolving the claims asserted in this action.

2.      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate the voluntary dismissal of this action, without prejudice, with each party to bear its own attorneys' fees, costs, and expenses except as otherwise provided in the Settlement Agreement.

3.      The Parties expressly request that the Court retain continuing jurisdiction to interpret, implement, supervise, enforce, and, where appropriate, modify the Settlement

Agreement pursuant to <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375 (1994), and the express terms of Article X of the Settlement Agreement.

4.      Specifically, the Parties request that the Court enter an Order:

a. Dismissing this action without prejudice;

b. Incorporating the Settlement Agreement by reference into the Court's dismissal order;

c. Retaining exclusive jurisdiction to interpret, implement, supervise, enforce, and, where appropriate, modify the Settlement Agreement; and

d. Permitting either party to seek enforcement of the Settlement Agreement through motion practice in this action without the necessity of filing a new civil action.

**WHEREFORE**, the Parties respectfully request that the Court enter an Order dismissing this action without prejudice while retaining continuing jurisdiction to enforce the Settlement Agreement.

**RESPECTFULLY SUBMITTED.**

**IT IS HEREBY CERTIFIED** that this motion was filed using the Court's CM/ECF system, which will automatically notify all attorneys of record.

In San Juan, Puerto Rico, this 12th day of June, 2026.

**Attorney for Plaintiffs**

*s/ Andrés C. Gorbea-Del Valle*
**ANDRÉS C. GORBEA-DEL VALLE, ESQ**.
USDC PR Bar No. 226313
PO Box 195191
San Juan, P.R. 00919
Tel. (787) 217-2234
Email: andres_gorbea@yahoo.com

**Attorneys for PRASA**

*s/Arlyn González Díaz*
**ARLYN GONZÁLEZ DÍAZ, ESQ.**
USDC-PR BAR No. 222211
Email:  agonzalez@cnr.law

*s/Germán A. Rieckehoff-Pérez*
**GERMÁN A. RIECKEHOFF-PÉREZ**

2

USDC-PR BAR No. 217704
Email:  grieckehoff@cnr.law

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Avenida Muñoz Rivera
Hato Rey, Puerto Rico 00918-3345
Tel. (787) 767-9625