**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **CARMEN MALDONADO GONZALEZ, et al**<br><br>Plaintiffs<br><br>v.<br><br>**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, et al**<br><br>Defendants | **Civil No. 22-1250 (HRV)** |

**SETTLEMENT AGREEMENT, CONSENT STIPULATION OF DISMISSAL WITHOUT PREJUDICE, AND REQUEST FOR RETENTION OF ENFORCEMENT JURISDICTION**

This Settlement Agreement ("Agreement") is entered into by and among Plaintiffs Carmen Maldonado-González, the Municipality of Morovis, and the remaining Plaintiffs (collectively, "Plaintiffs"), and Defendant Puerto Rico Aqueduct and Sewer Authority ("PRASA"), for the purpose of resolving the above-captioned action without further litigation.

**RECITALS**

**WHEREAS**, Plaintiffs filed the above-captioned action alleging prolonged and systemic deficiencies in potable water service throughout the Municipality of Morovis;

**WHEREAS**, on October 24, 2025, the United States Court of Appeals for the First Circuit vacated the dismissal of Plaintiffs' substantive due process claims and remanded the matter for further proceedings;

**WHEREAS**, following extensive discussions, PRASA showed that it has undertaken and committed to complete a comprehensive capital improvement program in excess of $100,000,000 addressing the causes of the water-service deficiencies affecting Morovis;

**WHEREAS**, PRASA has provided to Plaintiffs the following documents:

(a) "*Informe de Proyectos de Infraestructura para el Municipio de Morovis*" dated May 11, 2026;

(b) "Municipality of Morovis – PRASA Capital Improvements Program ("CIP") Strategic Planning & Projects Status";

which are attached as Exhibits A and B and incorporated herein by reference;

1

**WHEREAS**, Plaintiffs are willing to voluntarily dismiss the action without prejudice in consideration of PRASA's commitments set forth herein;

**NOW THEREFORE**, the Parties agree as follows:

**ARTICLE I**
**CONSIDERATION**

The sole and material consideration supporting Plaintiffs' agreement to dismiss this action is PRASA's binding obligation to complete the projects, improvements, corrective measures, and infrastructure investments described in this Agreement.

**ARTICLE II**
**PRASA'S BINDING OBLIGATIONS**

PRASA shall diligently prosecute and complete the following projects within the established deadlines.

**A. MOROVIS URBANO WATER TREATMENT PLANT REHABILITATION (CIP-2-52-6007)**

Investment:
$13,461,844

Completion Deadline:
September 30, 2026

The Morovis Urbano Water Treatment Plant Rehabilitation Project consists of a comprehensive Design and Build effort aimed at rehabilitating and modernizing an aging water treatment facility originally constructed in 1945. The project addresses deficiencies in treatment processes, structural conditions, electrical systems, safety compliance, and operational efficiency in order to bring the facility into compliance with current industry standards and applicable codes.

The scope of work includes rehabilitation and upgrades to the complete treatment process train, beginning with raw water intake and extending through treated water storage and distribution. Process improvements include the rehabilitation of rapid mixing and coagulation systems, improvements to sedimentation basins, replacement and rehabilitation of dual media filtration systems, and upgrades to

sludge handling and treatment systems. These improvements are intended to improve turbidity removal performance and ensure the facility can reliably meet water quality targets.

The project also includes replacement of the existing chlorine gas disinfection system with a sodium hypochlorite disinfection system to improve operational safety and compliance. Associated chemical storage, feed systems, safety showers, and containment structures are included.

Supporting infrastructure improvements include rehabilitation of the backwash water tank, distribution tank, pipe galleries, and associated valves and instrumentation. Electrical and instrumentation upgrades include improvements to motor control centers, replacement of obsolete panels, new instrumentation and monitoring devices, and integration with PRASA telemetry and control systems.

Site and building improvements include interior and exterior lighting upgrades, replacement of damaged pavement, construction of new access roads and sidewalks, fence replacement, drainage improvements, and general building rehabilitation including laboratory improvements, operator workspaces, HVAC systems, and safety-related upgrades. All work is designed to comply with OSHA requirements and applicable building and electrical codes.

Construction and improvement activities are currently underway throughout the facility. These efforts include work at the main entrance and main building areas, demolition activities within the chlorine room, and improvements at the distribution and thickener tanks, including the installation of stairs and grating. The scope of work further encompasses upgrades to the kitchenette located in the main building, installation of a recirculation manhole (MH), and the execution of associated electrical works to support the enhanced systems and facility operations

## B. MOROVIS SUR WATER TREATMENT PLANT REHABILITATION (CIP-2-52-6006)

Investment:
$51,672,545

Completion Deadline:
April 30, 2027

3

The Morovis Sur Water Treatment Plant Rehabilitation Project is a major capital improvement initiative focused on restoring, upgrading, and expanding the capacity and resiliency of the Morovis Sur Water Treatment Plant and its associated raw water pumping infrastructure. The facility, originally constructed in 1945, sustained damage from Hurricane Maria and has experienced deterioration due to aging equipment and outdated systems.

Treatment process improvements include construction of a new pre-sedimentation unit, conversion of existing sedimentation units to improve hydraulic performance, retrofitting of sedimentation modules with improved settling media, and construction of walkways and access structures to improve safety and maintenance access. Filtration improvements include rehabilitation of multiple filter units, installation of air scouring systems, replacement of filter media and underdrains, installation of new blowers, valve actuators, flow meters, and pressure sensors.

Disinfection system improvements include elimination of ultraviolet disinfection equipment, upgrades to chlorine building access and handling systems, and improvements to hoisting and electrical systems for chlorine cylinder handling. Storage and pumping improvements include rehabilitation of backwash tanks, contact tanks, and distribution tanks, replacement of distribution pumps with variable frequency drive (VFD) units, and upgrades to monitoring and control equipment.

The sludge treatment system is upgraded through installation of a new belt filter press for sludge dewatering, with provisions for sludge dewatering bags as a backup method, providing operational flexibility. Electrical and instrumentation upgrades include improvements to the plant's electrical distribution system, motor control centers, relocation of generator exhaust systems to meet code requirements, and installation of additional diesel fuel storage sufficient to support a minimum of seven days of continuous operation.

Overall, the project is intended to permanently address regulatory compliance issues and bring the facility back to its original operating capacity, currently reduced, allowing the plant to produce more water within its existing design and significantly improving the reliability and resilience of potable water service in Morovis.

Construction activities also include the upgrade of the existing pipeline, increasing its diameter from 16 inches to 24 inches to improve hydraulic capacity and overall operational efficiency. The scope of work also includes the construction of a new pre-sedimentation unit and ongoing efforts to convert the existing pulsator system into a conventional sedimentation process. In addition, the construction of water recirculation tank intended to enhance water reuse, optimize treatment operations, and support improved system performance.

## C. MOROVIS DISTRIBUTION SYSTEM REHABILITATION (CIP-2-52-6008)

Investment:
$38,647,066

Completion Deadline:
September 30, 2027

The Morovis Distribution System Rehabilitation Project is a Design and Build project addressing widespread deficiencies in the potable water distribution system serving the municipality of Morovis. The system includes infrastructure supplied by the Morovis Urbano WTP, Morovis Sur WTP, and the Arraijanes Well.

As part of the planning phase, PRASA requested the preparation of a hydraulic model covering most of the Morovis distribution system. The hydraulic model uses computer software with complex equations and geographic information systems (GIS) to create a real time model of a distribution system. The purpose of the hydraulic model was to simulate actual conditions and determine the effect of the proposed improvements in the distribution system. The simulated improvements became part of the scope of work for the project.

The scope of work includes the replacement of undersized and deteriorated pipelines within the areas, and new pipeline segments in San Lorenzo-Jaguas Ventana Neighborhood, El Cerro Sector, Fontán Sector, El Cocal Sector, Morovis Urbano Tank new pipeline, Fránquez Sector, and Marivi Apartments. Primarily upgrading 2-inch diameter lines to 4-inch diameter pipelines, installation of new ductile iron and PVC pipelines, and abandonment of obsolete segments. The project includes rehabilitation and replacement

5

of 18 automatic control valves (ACVs) and evaluation, rehabilitation, replacement, or installation of up to 128 air relief valves (ARVs) to improve hydraulic performance and reduce air-related operational issues.

Storage infrastructure improvements include rehabilitation of multiple water storage tanks, such as Arraijanes Tank, El Cerro Tank, Pimientos Tank, Palmas del Sur Tank, and Morovis Urbano Tank. Proposed works include sealing, structural repairs, painting, installation of new access stairs, handrails, hatches, air vents, valve houses, telemetry relocations, lighting systems, and site access improvements. Los Gemelos Tank (currently out-of-operation) will be permanently disconnected from the distribution system under this project. This tank breaks the hydraulic grade line and maintaining it or trying to bring it back into service will produce service interruptions in some areas.

Pump station improvements include construction of a new pump station facility for the relocation of El Cocal Pump Station. The rehabilitation of the Arraijanes Pump Station includes the installation of new pumps, valves, electrical systems, emergency generator with seven-day fuel capacity, telemetry system, security cameras, lighting, and demolition of obsolete pump station structures.

The scope also includes drilling a new well in another location within the Arraijanes Well site. The new well will pump water to the existing Arraijanes Pump Station and then to the Arraijanes Tank. The improvements include the pump station and tank, chlorination system, control panel, telemetry system, fencing, lighting, and access improvements.

Overall, this project aims to normalize and stabilize the delivery of approximately 3.28 MGD of drinking water, reduce service interruptions, improve system control and monitoring, and enhance long-term operational sustainability across the municipality.

As a mid to long-term improvement, PRASA is currently performing another run on the Morovis distribution system hydraulic model. This new run incorporates providing redundancy to portions of Barahona and Patrón via the Quebrada Arenas and Almirante Sur systems, respectively. If implemented, the previously mentioned areas will receive water from other sources to speed up their recovery period if there is a situation with the Morovis Sur WTP or its related distribution system tanks and/or pumping stations.

Using the existing infrastructure, the short-term alternative for Barahona would provide limited water service redundancy, benefit only a very small portion of the service area and representing approximately 5% to 7% of Barahona customers.

For the long term, three (3) alternatives are currently being evaluated to improve system reliability and water service redundancy for the Barahona service area. The first two options require the installation of new transmission pipelines to convey water from the Quebrada Arenas service area to Barahona, as well as increased pumping capacity at the existing Quebrada Arenas Tank/Pump Station. The first alternative considers the construction of a new pump station to complete the transfer of water from the Quebrada Arenas Tank/Pump Station to Barahona, thereby enhancing operational flexibility during outages or high-demand conditions. The second alternative evaluates increasing the storage capacity of the twin tanks at Quebrada Arenas, which are located at the highest point in the system. With additional storage capacity and a larger-diameter transmission pipeline, it would be possible to transmit water to Barahona under improved hydraulic conditions, strengthening overall system resilience. In addition, for the Quebrada Arenas Service Area, the possibility of removing the Alicea Booster Pump Station is currently under evaluation.

The third alternative is the "Superaqueduct-Currás" alternative: Within one hundred eighty (180) days after execution of this Agreement, PRASA shall complete an engineering and hydraulic feasibility study evaluating the alternative previously discussed among PRASA, the Municipality, and CMA consisting of:

1. Connection from the Superaqueduct transmission line arriving from Campamento;
2. Gravity-fed transmission through PR-633;
3. Connection to the tank located in Sector Currás, Barahona.

The study shall include:

(a) hydraulic modeling;
(b) projected service population;
(c) storage requirements;
(d) construction costs;
(e) operational costs;
(f) reliability analysis;
(g) implementation schedule.

If determined technically feasible and reasonably constructible, PRASA shall incorporate the third alternative into its capital program.

In the case of Patrón, there is no short-term alternative to provide redundancy because there is currently no infrastructure that interconnects the distribution systems. Over the long term, improvements are required at the Almirante Sur WTP to establish water service redundancy for the Patrón service area, including an increase in pumping capacity and a possible increase in the diameter of the existing pipeline in the Almirante Sur system that borders Patrón. Two (2) long-term alternatives are being evaluated: one that considers water transfer exclusively through a force main using pumped transmission, and alternative two which proposes utilizing an out-of-service facility, specifically the Almirante Sur tank, to enable the transfer of water to Patrón and improve system reliability during emergency or maintenance conditions.

All alternatives described herein are intended to enhance water service redundancy for the Barahona and Patrón service areas and are currently under evaluation using a hydraulic model. Flow and pressure measurements are still pending and will be used to further calibrate and validate the model prior to final conclusions and recommendations.

## D. REHABILITATION OF WASTE-WATER PUMP STATION -PHASE I NORTH REGION (CIP 2-00-9104

Investment:
$2,483,414

Completion Deadline:
June 30, 2028

The Cruz Rosario WWPS Rehabilitation Project is part of the Phase I North Region wastewater pump station rehabilitation program. The scope of work addresses comprehensive rehabilitation of the pump station within its existing footprint to restore reliable wastewater conveyance and improve safety and operational efficiency.

Mechanical work includes removal and replacement of existing pumps, piping, valves, bar screens, access ladders, hatches, exhaust systems, and associated equipment within the wet well and valve vault. The existing valve vault is demolished and reconstructed to provide improved access and capacity.

Electrical and instrumentation upgrades include replacement of existing power infrastructure, installation of new transformers and service equipment, new motor control and protection systems, installation of a PLC-based control panel with operator interface terminal (OIT), new automatic transfer switch (ATS), upgraded instrumentation (level, pressure, and flow monitoring), and integration with PRASA's fiber optic telemetry system.

Backup power improvements include installation of a new diesel emergency generator and fuel tank mounted on a new concrete pad with access platforms and stairs. Lighting upgrades include replacement of all interior and exterior fixtures with LED lighting and installation of lightning protection systems.

Civil and structural work includes rehabilitation of wet pit surfaces, crack repairs, anti-corrosion treatments, slab and driveway replacement, perimeter fence replacement, embankment stabilization, and installation of OSHA-compliant access and fall protection systems. Security improvements include installation of a camera monitoring system.

### E. D&B EMERGENCY GENERATORS PHASE VI NORTH REGION (CIP 0-80-1003)

Investment:
$423,664 for each

Completion Deadline:
October 31, 2027

This Design and Build project provides for acquisition and installation of emergency generator systems at multiple PRASA wastewater facilities, such as Barahona #1, Barahona #2, Unibón Wastewater Pump Stations, and the Unibón Wastewater Treatment Plant. The scope includes installation of new emergency generator units, automatic transfer switches, diesel fuel tanks, and all required civil, mechanical, and electrical improvements for the installation.

Work includes verification of existing facility electrical capacities, selective demolition of existing infrastructure, construction of new concrete pads and elevated platforms, installation of new feeders, conduits, grounding systems, and communication interfaces. Each installation includes telemetry integration with PRASA SCADA systems and full start-up and commissioning.

The project enhances standby power reliability and ensures continued wastewater operations during utility power outages.

## F. D&B EMERGENCY GENERATORS PHASE V NORTH REGION (CIP 2-00-9006)

Investment:
$466,667

Completion Deadline:
January 31, 2028

This Design and Build project continues PRASA's program to replace or install emergency generators at wastewater facilities, including Palmas del Sur Wastewater Pump Station in Morovis. The scope includes furnishing and installing new generator unit, automatic transfer switch equipment, diesel tank, and supporting electrical and control systems.

Work includes permitting, site-specific engineering, demolition of obsolete equipment, construction of pads and platforms, electrical connections, fuel piping, telemetry integration, and commissioning. The project strengthens facility resilience and continuity during emergency conditions.

## G. ADDITIONAL WATER DISTRIBUTION IMPROVEMENTS – MOROVIS NORTE, SAN LORENZO, TORRECILLAS, BARAHONA, AND UNIBÓN

Notwithstanding anything herein to the contrary, the Parties acknowledge that the Puerto Rico Aqueduct and Sewer Authority ("PRASA") has identified potential additional improvements to the water transmission and distribution system serving the following wards of the Municipality of Morovis: (a) Morovis Norte; (b) San Lorenzo; (c) Torrecillas; (d) Barahona; and (e) Unibón (collectively, the "Additional Improvements").

The Additional Improvements consist of the evaluation and potential replacement of existing transmission and distribution pipelines serving the foregoing wards with six-inch (6") diameter transmission and distribution pipelines, as determined appropriate by PRASA's engineering and planning personnel.

PRASA shall, within one hundred eighty (180) days following the execution of this Agreement, conduct the engineering evaluation necessary to assess the feasibility of the Additional Improvements and

10

prepare final design drawings, plans, specifications, and cost estimates for such improvements. Copies of such final design documents and cost estimates shall be provided to Plaintiffs upon completion.

The Parties expressly acknowledge that the Additional Improvements are not presently funded as part of PRASA's existing capital improvement program. Accordingly, PRASA does not guarantee construction of the Additional Improvements within any particular timeframe and the preparation of the final design documents shall not, by itself, constitute a commitment to immediately undertake construction.

Nevertheless, PRASA agrees that, upon completion of the final design documents, it shall use good-faith efforts to identify, secure, and allocate available federal, state, municipal, or internal funding sources necessary to incorporate the Additional Improvements into the rehabilitation and infrastructure projects contemplated by this Agreement or into other appropriate capital improvement programs administered by PRASA.

PRASA shall periodically inform Plaintiffs of its efforts to secure funding for the Additional Improvements through the reporting mechanisms established in this Agreement. The Parties further acknowledge that PRASA's obligation under this Section is one of good-faith evaluation, planning, and funding identification, and not a guarantee of funding approval or construction.

## H. UNIBON TANKS

PRASA shall evaluate, rehabilitate if necessary, and place into operational service the two Unibón tanks identified by the Municipality.

Within one hundred eighty (180) days, PRASA shall issue a written engineering determination addressing:

1. Structural condition;
2. Hydraulic feasibility;
3. Required improvements;
4. Integration schedule.

**ARTICLE III**
**REPORTING REQUIREMENTS**

PRASA shall provide quarterly written progress reports. Each report shall include:

1.  Percentage of completion;
2.  Funds expended;
3.  Funds remaining;
4.  Milestones completed;
5.  Delays encountered;
6.  Corrective actions;
7.  Updated completion schedules;
8.  Photographs;
9.  Updated construction schedules.

Reports shall be simultaneously provided to:

(a) the Municipality of Morovis, through its Mayor;
(b) counsel for Plaintiffs.

## ARTICLE IV
## SITE INSPECTIONS

The Municipality of Morovis or its representatives shall be entitled to conduct reasonable inspections of project sites upon 15 days' prior written notice.

## ARTICLE V
## MATERIAL BREACH

For purposes of this Agreement, the following shall constitute Material Breaches by PRASA:

1.  Abandonment of any Project;
2.  Failure to substantially complete a Project within ninety (90) days after receiving written notice from the Municipality identifying the applicable completion deadline and the alleged failure to comply therewith;
3.  Failure to provide the quarterly reports required under this Agreement;
4.  Failure to undertake the studies required under this Agreement; and
5.  Failure to maintain funding for the Projects, except where such failure results from force majeure or governmental funding restrictions beyond PRASA's reasonable control.

Notwithstanding the foregoing, any allegation of a Material Breach shall be subject to the notice and dispute resolution procedures set forth in Article IX prior to the commencement of any judicial proceeding, except where immediate judicial relief is otherwise authorized by law.

## ARTICLE VI
## DEDICATED FUNDING COMMITMENT

PRASA represents that the projects described herein have identified funding sources including FEMA, CDBG-DR, EPA, and PRASA capital funds.

12

Accordingly, PRASA shall:

1. Maintain all applications, appropriations, grants, and funding requests necessary for completion of the projects;

2. Not voluntarily divert project funds allocated to Morovis to unrelated projects;

3. Promptly notify Plaintiffs of any actual or threatened reduction, withdrawal, suspension, or loss of project funding;

4. Take all reasonable steps necessary to preserve funding.

Should any funding source become unavailable, PRASA shall use reasonable efforts to identify replacement funding sufficient to complete the projects. Lack of funding shall not constitute a defense where the loss of funding resulted from PRASA's failure to timely comply with grant, procurement, reporting, permitting, or administrative requirements.

## ARTICLE VII
## PUBLIC ACCOUNTABILITY AND COMMUNITY MEETINGS

PRASA shall conduct public accountability and community progress meetings in the Municipality of Morovis no less than once every twelve (12) months during the term of this Agreement. The Parties shall coordinate in good faith and mutually agree upon the date, time, location, format, agenda, and public notice for each meeting. PRASA shall consult with the Municipality sufficiently in advance to ensure meaningful public participation and attendance.

Representatives of PRASA's Executive Office and Infrastructure Division, together with representatives designated by the Municipality, shall attend and participate in each meeting. The purpose of such meetings shall be to provide transparency regarding PRASA's compliance with this Agreement and the status of the Projects identified herein.

At a minimum, each meeting shall include:

1. Project status updates;
2. Construction schedules and anticipated completion dates;
3. Budget and funding updates;
4. Discussion of service interruptions, operational challenges, and corrective measures;
5. Progress toward the obligations and performance benchmarks established under this Agreement; and
6. Questions, comments, and recommendations from residents and community stakeholders.

13

PRASA shall provide the Municipality with all proposed presentation materials, reports, and supporting documentation at least fifteen (15) days prior to each meeting. All meeting materials, presentations, reports, and minutes shall be made publicly available within thirty (30) days following the meeting through means reasonably accessible to the residents of Morovis.

## ARTICLE VIII
## ACCESS TO RECORDS

The Municipality of Morovis and its duly appointed representative shall be entitled to inspect and obtain copies of:

1. Construction schedules;
2. Project budgets;
3. Funding agreements;
4. Change orders;
5. Engineering reports;
6. Environmental permits;
7. Hydraulic modeling studies;
8. Progress certifications.

## ARTICLE IX
## DISPUTE RESOLUTION

Any dispute, controversy, claim, alleged breach, alleged Material Breach, default, or alleged event of non-compliance arising out of or relating to this Agreement (collectively, a "Dispute") shall first be addressed in accordance with the procedures set forth herein.

A Party seeking to invoke this Article shall provide written notice to the other Party describing in reasonable detail the nature of the alleged Dispute, including the facts giving rise thereto and the relief sought ("Notice of Dispute"). The delivery of a Notice of Dispute shall constitute a condition precedent to the commencement of any judicial proceeding concerning the Dispute.

Within fifteen (15) days after receipt of the Notice of Dispute, the Parties shall commence good-faith discussions to resolve the Dispute. The Parties shall continue such discussions for a period of thirty (30) days following receipt of the Notice of Dispute, unless extended by mutual written agreement.

14

If the Dispute is not resolved within such thirty (30)-day period, either Party may pursue any remedies available at law or in equity, including an action for specific performance, injunctive relief, declaratory relief, or any other appropriate judicial remedy.

Nothing in this Article shall be construed to limit, waive, or impair Plaintiffs' right to seek specific performance or any other equitable relief to enforce the obligations undertaken pursuant to this Agreement.

## ARTICLE X
## CONSENT TO CONTINUING FEDERAL JURISDICTION

The Parties expressly acknowledge and agree that this Agreement is intended to be enforceable through the continuing jurisdiction of the United States District Court for the District of Puerto Rico. The Parties specifically request that the Court retain jurisdiction pursuant to Kokkonen v. Guardian Life Insurance Co., 511 U.S. 375 (1994), and all other applicable authority.

The Parties agree that the Court's dismissal order shall expressly state that:

"The Court retains exclusive jurisdiction to interpret, implement, supervise, enforce, and, where appropriate, modify the terms of the Settlement Agreement."

The Parties agree that any dispute arising under this Agreement may be brought before the Court through motion practice without the necessity of filing a new civil action.

## ARTICLE XI
## NO ADMISSION OF LIABILITY

This Agreement is a compromise of disputed claims and shall not constitute an admission of liability.

## ARTICLE XII
## ENTIRE AGREEMENT

This Agreement, together with Exhibits A and B, constitutes the entire agreement between the Parties.

**Attorney for Plaintiffs**

*s/ Andrés C. Gorbea-Del Valle*
**ANDRÉS C. GORBEA-DEL VALLE, ESQ**.
USDC PR Bar No. 226313
PO Box 195191
San Juan, P.R. 00919
Tel. (787) 217-2234
Email: andres_gorbea@yahoo.com

**Attorneys for PRASA**

*s/Arlyn González Díaz*
**ARLYN GONZÁLEZ DÍAZ, ESQ.**
USDC-PR BAR No. 222211
Email:  agonzalez@cnr.law

*s/Germán A. Rieckehoff-Pérez*
**GERMÁN A. RIECKEHOFF-PÉREZ**
USDC-PR BAR No. 217704
Email:  grieckehoff@cnr.law

**CANCIO, NADAL & RIVERA, L.L.C.**
P.O. Box 364966
San Juan, Puerto Rico 00936-4966
403 Avenida Muñoz Rivera
Hato Rey, Puerto Rico 00918-3345
Tel. (787) 767-9625