AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS

**AAA**

GOBIERNO DE PUERTO RICO

11 de mayo de 2026

Hon. Carmen Maldonado González
Alcaldesa de Morovis
PO Box 655
Morovis, PR 00687-0655

Honorable Alcaldesa:

**Informe de Proyectos de Infraestructura para el Municipio de Morovis**

Reciba un cordial saludo de parte de los que laboramos en la Autoridad de Acueductos y Alcantarillados. Según nos fuese solicitado, le presentamos un resumen ejecutivo de todas las iniciativas que inciden en la normalización de los servicios de agua para los clientes de Morovis.

En la actualidad, Morovis tiene registrado en nuestra base de datos unos 9,378 clientes registrados, los cuales en su mayoría se suplen de dos plantas de filtración, un pozo profundo, varias instalaciones de bombeo y tanques de reserva. Luego de la evaluación comprensiva por parte del equipo de infraestructura de las instalaciones de servicio, incluida la red de distribución, enumeramos a continuación el estatus de los proyectos:

1.  Rehabilitación de la Planta de Filtración Morovis Urbana (CIP-2-52-6007):

    a.  Estatus: Proyecto en Construcción
    b.  Progreso: 59%
    c.  Fecha de Comienzo: mayo 2024

**Informe de Proyectos de Infraestructura para el Municipio de Morovis**

Página 2

    d.  Fecha de terminación: septiembre 2026

    e.  Costo de Inversión: $13,461,844.00

Los trabajos de construcción que se llevan a cabo en la planta incluyen: rehabilitación del sistema de mezclado rápido y de coagulación, mejoras al sistema de sedimentación, reemplazo, rehabilitación de las unidades de filtración, mejoras al sistema de desinfección y mejoras a los sistemas de tratamiento y manejo de lodos. Todos estos trabajos están dirigidos a manejar mas efectivamente los eventos de turbidez que se ha identificado es uno de los mayores retos que enfrenta las instalaciones de tratamiento en esta zona.

2.  Rehabilitación de la Planta de Filtración Morovis Sur (CIP-2-52-6006):

    a.  Estatus: Proyecto en Construcción

    b.  Progreso: 52%

    c.  Fecha de comienzo: enero 2024

    d.  Fecha de terminación: abril 2027

    e.  Costo de inversión: $51,672,545.00

Esta planta fue construida en el 1945 y particularmente luego del paso de los huracanes Irma y Maria han sufrido de un deterioro sostenido y de instalaciones ya obsoletas. Como parte de los trabajos se incluye la construcción de una nueva unidad de presedimentador, mejoras hidráulicas y al medio de sedimentación de los módulos de tratamiento, rehabilitación y mejoras a los filtros, instalación de un sistema de lavado por aire, reemplazo de medidores de flujo, actuadores de válvulas, sensores de presión y nuevas unidades de "blowers". Finalmente se propone el incremento en diámetro de la tubería de fuerza de 16" a 24". Estos trabajos propuestos atenderán asuntos de cumplimiento y calidad de agua y devuelve la capacidad de diseño, mejora la confiabilidad y resiliencia para el servicio de agua para la mayoría de los clientes de Morovis.

**Informe de Proyectos de Infraestructura para el Municipio de Morovis**
Página 3

3. Mejoras a la Toma de Aguas Crudas de Morovis Sur (CIP-2-47-9001):

   a. Estatus: Completado
   b. Progreso: 100%
   c. Fecha de comienzo: abril 2021
   d. Fecha de terminación: agosto 2022
   e. Costo de inversión: $3,297,287.00

   Este proyecto contemplo la construcción básicamente de una nueva toma la cual mejora considerablemente el desempeño hidráulico, mejoras en términos del requerimiento de mantenimiento de la instalación y mucho mas importante el proveer para aumentar la extracción de agua cruda de 3 millones de galones (MGD) a 4.5 millones de galones (MGD).

4. Diseño/Construcción para Mejorar el Sistema de Distribución de Agua (PMC-2-52-6008):

   a. Estatus: Construcción
   b. Progreso: 20%
   c. Fecha de comienzo: octubre 2024
   d. Fecha de terminación: septiembre 2027
   e. Costo de inversión: $38,647,066.00

   El proyecto contempla el reemplazo de tuberías deterioradas y de diámetros menores a la capacidad de servicio requerida y nueva tubería para los sectores San Lorenzo-Jaguas Ventana, El Cerro, Fontan, El Cocal, Franquez y Marivi Apartments. En su mayoría, los diámetros de las tuberías estarían aumentando de 2" a 4" en material PVC SDR-14 y en hierro dúctil, se abandonarían las tuberías obsoletas, reemplazo de unas 18 válvulas de control automático, reemplazo de aproximadamente 128 válvulas ventosas, mejoras a varios tanques de reserva (Arraijanes, El Cerro, Pimientos, Palmas

**Informe de Proyectos de Infraestructura para el Municipio de Morovis**

Página 4

del Sur y Morovis Urbano). Finalmente, se propone la construcción de una nueva estación de bombeo El Cocal, rehabilitación de la estación de bombeo de Arraijanes y la construcción de un nuevo pozo profundo en el área del pozo existente en esa zona.

Con este proyecto se propone mejorar considerablemente la distribución del agua (que se estima en una demanda de aproximadamente 3.28 MGD) en actualizar esta capacidad del sistema para que equipare el nivel de desarrollo experimentado en Morovis y reducirá considerablemente las interrupciones de servicio.

5. Alternativas de Aumento de Reserva y/o Conexiones de Redundancia:

Conforme a su solicitud, se está afinando el modelo hidráulico en el sistema de distribución de Morovis para evaluar la viabilidad de la reutilización de tanques existentes, pero que están fuera de uso. Del modelo original se establece que estas instalaciones hidráulicamente no son viables por afectar el gradiente hidráulico. Además, se considera que la capacidad de almacenaje de los mismos no seria adecuada para la población a la cual vamos a suplir de la misma. Finalmente existen ciertas comunidades que se desarrollaron a una elevación mayor, lo cual significaría que quedarían sin el servicio de agua.

No obstante, buscando tener mayor redundancia para poder mantener reserva o conexiones redundantes para el suplido de agua, en particular para las comunidades de Barahona y Patron, nuestros consultores están evaluando las siguientes alternativas:

a. Barahona:
   - Opción 1: interconexión al sistema de reserva de Quebrada de Arena mediante instalación de nueva tubería y un sistema de bombeo.

**Informe de Proyectos de Infraestructura para el Municipio de Morovis**
Página 5

- Opción 2: Incremento en la capacidad de los tanques gemelos de Quebrada Arenas e instalación de tubería de mayor diámetro. Estos tanques tienen una mayor elevación que Barahona por lo que el gradiente hidráulico, preliminarmente, podría ser capaz de suplir con reserva esta zona.

   b. Patron:

- Conexión de este sector al sistema de servicio de la Planta de Filtración Almirante Sur. Esto requiere mejoras en la mencionada instalación, construcción de una nueva estación de bombeo, así como líneas de servicio de diámetro adecuado. Una de las alternativas que se están evaluando para proveer reserva es el poner nuevamente en operación el tanque Almirante Sur.

Con estas iniciativas la AAA busca el fortalecer los sistemas de servicio de Morovis que por tantos años ha adolecido de la intermitencia prolongada del agua potable.

Se incluye Informe técnico desarrollado por nuestro consultor CSA Group para su referencia, en donde encontrara el detalle de los proyectos resumidos en este comunicado, así como varios proyectos adicionales que se están realizando actualmente en beneficio de todos los moroveños.

Agradezco sus atenciones y quedo a sus ordenes;

Ing. Luis R. González Delgado
Presidente Ejecutivo