PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



## Executive Summary

May 6, 2026

PRASA's Capital Improvement Program (CIP) in Morovis is a coordinated investment strategy to strengthen raw water supply, rehabilitate potable water treatment, and modernize the distribution network. Collectively, these projects are designed to restore system capacity, improve reliability and water quality consistency, and increase resilience to operational disruptions and extreme weather events.

The **Morovis Sur Raw Water Intake Improvements** project has been completed and represents a critical upgrade to the raw water intake on the Río Grande de Manatí at a construction cost of $1,837,355.00. The modernization increases raw water capacity from approximately **3.0 MGD to 4.5 MGD**, reduces sediment-related maintenance, and improves performance during high-flow and flood events-removing a key upstream constraint and enables full utilization of downstream treatment facilities.

PRASA is rehabilitating both potable water treatment plants serving Morovis. The **Morovis Urbano WTP Rehabilitation** is focused on upgrading core treatment processes and assets (filtration, disinfection, electrical, controls) to enhance safety, support compliance, and stabilize finished-water quality. The Design-Build project is 59% complete, targeted for September 2026, with a construction cost of $9,054,168.03. In addition, the **Morovis Sur WTP Rehabilitation** is a major capacity and resiliency effort including new pre-sedimentation, upgraded sedimentation, filtration, pumping improvements, and expanded emergency power. When complete, the plant will reliably operate at its restored **4.5 MGD** capacity aligned with the upgraded intake. The Design-Build project is 52% complete, targeted for April 2027, with a construction cost of $39,735,539.81.

The **Morovis Distribution System Rehabilitation** project is addressing system-wide deficiencies through pipeline replacements, storage tank rehabilitation, pump station upgrades, and improvements to pressure control and telemetry. Guided by a hydraulic model, these upgrades aim to stabilize pressures, reduce interruptions, and normalize delivery of approximately **3.28 MGD** across Morovis. The Design-Build project is 20% complete, targeted for April 2027, with a construction cost of $31,284,000.00. PRASA is also updating the hydraulic model to incorporate redundancies, enabling areas such as Barahona and Patrón to receive supply from alternate systems to accelerate service restoration during outages.

These integrated investments align increased raw water capacity with restored treatment performance and a more reliable distribution network, improving potable water availability, reducing service disruptions, and enhancing Morovis' long-term system resilience.



# Municipality of Morovis
## PRASA CIP Strategic Planning & Projects Status

Date: 4/17/2026

Submitted to:
Puerto Rico Aqueduct and Sewer Authority

AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS

AAA

GOBERNO DE PUERTO RICO

Prepared by:
CSA-WSP, LLC
San Juan, Puerto Rico 00909
Tel: (787)641-6800



## Table of Contents

List of Tables..................................................................................................................................................... iii

List of Figures .................................................................................................................................................. iii

Acronyms and Abbreviations.......................................................................................................................... iv

1.  Introduction ......................................................................................................................................... 1

2.  Project Summaries per CIP Number ..................................................................................................... 2

3.  Scope of Work by Project...................................................................................................................... 6

    3.1  CIP 2-52-6007 - Morovis Urbano WTP Rehabilitation (FAAST) (Bid No. 24-SP-019) ................... 6

    3.2  CIP 2-52-6006 - Morovis Sur WTP Rehabilitation (FAAST-25) (Bid No. 23-SP-039)..................... 9

    3.3  CIP 2-47-9001 - Improvements to Morovis Sur Raw Water Intake (FAAST) (Bid No. 21-SP-023) 11

    3.4  CIP 2-52-6008 - Morovis Distribution System Rehabilitation (FAAST) (Bid No. 24-SP-049)...... 13

    3.5  CIP 2-00-9104 - Rehabilitation of WWPS Phase I North Region (FAAST) (Bid No. 26-SP-011).. 18

    3.6  CIP 0-80-1003 - D&B Emergency Generators Phase IV North Region (Bid No. 24-SP-021) ...... 20

    3.7  CIP 2-00-9006 - D&B Emergency Generators Phase V North Region (Bid No. 26-SP-006)........ 23

    3.8  CIP 0-80-0074 - Replacement of Emergency Generators Project (Phase II North Region) ....... 24

4.  Redundancies by Project....................................................................................................................... 27

5.  Conclusions ........................................................................................................................................... 28



## List of Tables

Table 1: Summary of PRASA Facilities Morovis Municipality.................................................................2
Table 2: CIP 2-52-6007 D/C Rehabilitación de la PF Morovis Urbano .......................................................2
Table 3: CIP 2-52-6006 Rehabilitación de PF Morovis Sur.......................................................................2
Table 4: CIP 2-47-9001 Improvements to Morovis Sur Raw Water Intake................................................3
Table 5: CIP 2-52-6008 D/C Mejoras al Sistema de Distribución de Morovis...........................................3
Table 6: CIP 2-00-9104 EBAS Cruz Rosario - Rehabilitación EBAS Fase 1 ................................................3
Table 7: CIP 0-80-1003N D&B Emergency Generators - Phase 4...............................................................4
Table 8: CIP 2-00-9006 D&B EBAS Palmas del Sur - D&B Emergency Generators - Phase V......................4
Table 9: CIP 0-80-0074N Emergency Generators - Phase 2.......................................................................4

## List of Figures

Figure 1: Projects Location.......................................................................................................................1
Figure 2: Morovis Urbano WTP Site and its Components .........................................................................6
Figure 3: Existing Filter's Area.................................................................................................................7
Figure 4: Thickener Catwalk Installation..................................................................................................8
Figure 5: Distribution Tank Works ...........................................................................................................8
Figure 6: Recirculation Manhole Installation...........................................................................................9
Figure 7: Morovis Sur WTP......................................................................................................................9
Figure 8: Morovis Sur Improvements ....................................................................................................11
Figure 9: Raw Water Intake ...................................................................................................................12
Figure 10: Raw Water Intake Structure .................................................................................................13
Figure 11: Replacement of 4-inch pipeline in Los Torres Sector ............................................................14
Figure 12: Rehabilitation of Palmas del Sur Tank ..................................................................................15
Figure 13: Rehabilitation of Morovis Urbano Tank.................................................................................15
Figure 14: Water Service Areas & the areas where redundancy will be implemented in the drinking water
service (Red Polygons) ...........................................................................................................................16
Figure 15: Quebrada Arenas Tank and Pump Station.............................................................................17
Figure 16: Almirante Sur WTP Distribution Tank and Pump Station ......................................................18
Figure 17: Cruz Rosario WWPS ..............................................................................................................19
Figure 18: Cruz Rosario WWPS Existing Conditions...............................................................................20
Figure 19: Barahona #1 WWPS ..............................................................................................................21
Figure 20: Barahona #2 WWPS ..............................................................................................................21
Figure 21: Unibón WWTP.......................................................................................................................22
Figure 22: Unibón #2 WWPS..................................................................................................................22
Figure 23: Palmas del Sur WWPS...........................................................................................................23
Figure 24: Torrecillas 2 WWPS...............................................................................................................24
Figure 25: Torrecillas 5 WWPS...............................................................................................................25
Figure 26: Valle San Luis WWPS.............................................................................................................25



## Acronyms and Abbreviations

| | |
|---|---|
| ACV | Automatic Control Valve |
| ARV | Air Relief Valve |
| ATS | Automatic Transfer Switch |
| CER | Consulting Engineer's Report |
| CIP | Capital Improvement Program |
| DI | Ductile iron |
| DBP | Disinfection byproducts |
| DNER | Puerto Rico Department of Natural and Environmental Resources |
| EPA | U.S. Environmental Protection Agency |
| FEMA | Federal Emergency Management Agency |
| FIRM | Flood Insurance Rate Map |
| GPD, gpd | Gallons Per Day |
| GPM, gpm | Gallons Per Minute |
| GIS | Geographic Information Systems |
| HP, hp | Horsepower |
| LED | Light-Emitting Diode |
| MDD | Maximum Day Demand |
| MG | Million Gallons |
| MGD | Million Gallons Per Day |
| MH | Manhole |
| OSHA | Occupational Safety and Health Administration |
| OIT | Operator Interface Terminal |
| O&M | Operation and Maintenance |
| PER | Preliminary Engineering Report |
| PLC | Panel Logic Control |
| PRASA | Puerto Rico Aqueduct and Sewer Authority |
| PRDOH | Puerto Rico Department of Health |
| PS | Pump Station |
| PWS | Public Water System |
| SCADA | Supervisory Control and Data Acquisition |
| SOW | Scope of Work |
| VFD | Variable Frequency Drive |
| WDS | Water Distribution System |
| WTP | Water Treatment Plant |
| WWPS | Wastewater Pump Station |
| WWTP | Wastewater Treatment Plant |





PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
CAPITAL IMPROVEMENT PROGRAM
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

## 1. Introduction

This document compiles the available project information for the Puerto Rico Aqueduct and Sewer Authority (PRASA) Capital Improvements Program (CIP) projects in the Municipality of Morovis, Puerto Rico. Morovis is in the central region of Puerto Rico, north of Orocovis, south of Vega Baja and Manatí, east of Ciales, west of Corozal and Vega Alta, and about 55 kilometers west of the Metropolitan Area (**Figure 1**). The project's information provided is based on the Scope of Work (SOW) established in bidding documents per project and/or planning documents. The intent is to support administrative and client reporting needs by summarizing each project's identifying information, scope of work, and project goals, and by highlighting short, medium, and long-term solution components and cases where redundancy is being provided.

Additional information such as the project identification number (CIP); the official name of the facility or project; the current project phase and corresponding level of construction progress; key milestone dates including bid announcement, construction commencement, and anticipated or actual completion; total construction costs and overall investment amounts; the applicable funding sources; the specific type and scope of work being executed; and the geographic coordinates identifying the physical location of each project is also included.



*Figure 1: Projects Location*

The **Puerto Rico Aqueduct and Sewer Authority (PRASA)** provides potable water and wastewater services to approximately **9,378 active clients** within the Municipality of Morovis through a diverse portfolio of treatment, pumping, storage, and source facilities. The local system infrastructure includes **two water treatment plants, two wastewater treatment plants, two water pump stations**, and **twenty wastewater pump stations**, supported by **nine storage tanks, one groundwater well**, and **two dams**. Together, these assets form an interconnected network that supports water supply, treatment, distribution, collection, and wastewater management functions essential to public health, environmental protection, and municipal resilience.



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

*Table 1: Summary of PRASA Facilities Morovis Municipality*

| | |
|---|---|
| **Active Clients (GIS AAA)** | 9,378 |
| **Water Treatment Plants** | 2 |
| **Waste Water Treatment Plants** | 2 |
| **Water Pump Stations** | 2 |
| **Waste Water Pump Stations** | 20 |
| **Tanks** | 9 |
| **Wells** | 1 |
| **Dams** | 2 |

## 2. Project Summaries per CIP Number

*Table 2: CIP 2-52-6007 D/C Rehabilitación de la PF Morovis Urbano*

| | |
|---|---|
| **Phase** | Construction |
| **Construction Progress** | 59% |
| **Bid Announcement** | Sep-23 |
| **Construction Startup** | May-24 |
| **Construction Completion** | Sep-26 |
| **Construction Cost** | $9,054,168 |
| **Investment Cost** | $13,461,844 |
| **Funding** | FEMA, CDBG-DR, AAA |
| **Project Type** | Filtration Plant: Existing Facility |
| **Latitude** | 18.32802047 |
| **Longitude** | -66.41100689 |

*Table 3: CIP 2-52-6006 Rehabilitación de PF Morovis Sur*

| | |
|---|---|
| **Phase** | Construction |
| **Construction Progress** | 52% |
| **Bid Announcement** | Mar-23 |
| **Construction Startup** | Jan-24 |
| **Construction Completion** | Apr-27 |
| **Construction Cost** | $39,735,540 |
| **Investment Cost** | $51,672,545 |
| **Funding** | FEMA, CDBG-DR, FEMA (HMGP-406) |
| **Project Type** | Filtration Plant: Existing Facility |
| **Latitude** | 18.30857557 |
| **Longitude** | -66.40695928 |



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

*Table 4: CIP 2-47-9001 Improvements to Morovis Sur Raw Water Intake*

| | |
|---|---|
| **Phase** | Completed |
| **Construction Progress** | 100% |
| **Bid Announcement** | Apr-21 |
| **Construction Startup** | Nov-21 |
| **Construction Completion** | Aug-22 |
| **Construction Cost** | $1,837,355 |
| **Investment Cost** | $3,297,287 |
| **Funding** | FEMA, CDBG-DR, AAA |
| **Project Type** | Raw Water Source |
| **Latitude** | 18.29700249 |
| **Longitude** | -66.41123218 |

*Table 5: CIP 2-52-6008 D/C Mejoras al Sistema de Distribución de Morovis*

| | |
|---|---|
| **Phase** | Construction |
| **Construction Progress** | 20% |
| **Bid Announcement** | Feb-24 |
| **Construction Startup** | Oct-24 |
| **Construction Completion** | Sep-27 |
| **Construction Cost** | $31,284,000 |
| **Investment Cost** | $38,647,066 |
| **Funding** | FEMA, CDBG-DR, AAA |
| **Project Type** | Water Distribution System |
| **Latitude** | 18.325998 |
| **Longitude** | -66.406406 |

*Table 6: CIP 2-00-9104 EBAS Cruz Rosario - Rehabilitación EBAS Fase 1*

| | |
|---|---|
| **Phase** | Bid |
| **Construction Progress** | n/a |
| **Bid Announcement** | Oct-25 |
| **Construction Startup** | Aug-26 |
| **Construction Completion** | Jun-28 |
| **Construction Cost** | $1,646,032 |
| **Investment Cost** | $2,483,414 |
| **Funding** | FEMA, CDBG-DR, AAA |
| **Project Type** | Wastewater Pumping Station |
| **Latitude** | 18.3381 |
| **Longitude** | -66.4172 |



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

*Table 7: CIP 0-80-1003N D&B Emergency Generators - Phase 4*

| Project | EBAS BARAHONA #1 | EBAS BARAHONA #2 | PAS UNIBON | EBAS UNIBON #2 |
|---|---|---|---|---|
| Phase | Construction | Construction | Construction | Construction |
| Construction Progress | 25% | 25% | 25% | 25% |
| Bid Announcement | Oct-23 | Oct-23 | Oct-23 | Oct-23 |
| Construction Startup | Oct-24 | Oct-24 | Oct-24 | Oct-24 |
| Construction Completion | Oct-27 | Oct-27 | Oct-27 | Oct-27 |
| Construction Cost | $301,739 | $301,739 | $301,739 | $301,739 |
| Investment Cost | $423,664 | $423,664 | $423,664 | $423,664 |
| Funding | CWSRF-BIL, AAA | CWSRF-BIL, AAA | CWSRF-BIL, AAA | CWSRF-BIL, AAA |
| Project Type | Generators | Generators | Generators | Generators |
| Latitude | 18.35682576 | 18.35908685 | 18.33226912 | 18.32996022 |
| Longitude | -66.43620007 | -66.44789134 | -66.37133532 | -66.37455542 |

*Table 8: CIP 2-00-9006 D&B EBAS Palmas del Sur - D&B Emergency Generators - Phase V*

| Phase | Bid |
|---|---|
| Construction Progress | n/a |
| Bid Announcement | Oct-25 |
| Construction Startup | Jun-26 |
| Construction Completion | Jan-28 |
| Construction Cost | $177,600 |
| Investment Cost | $466,667 |
| Funding | CWSRF - SAHFI, AAA |
| Project Type | Generators |
| Latitude | 18.31745694 |
| Longitude | -66.40771994 |

*Table 9: CIP 0-80-0074N Emergency Generators - Phase 2*

| Project | EBAS Unibon 4 | EBAS Torrecillas 2 | EBAS Torrecillas 5 | EBAS Valle San Luis |
|---|---|---|---|---|
| Phase | Completed | Completed | Completed | Completed |
| Construction Progress | 100% | 100% | 100% | 100% |
| Bid Announcement | Jul-22 | Jul-22 | Jul-22 | Jul-22 |
| Construction Startup | Mar-23 | Mar-23 | Mar-23 | Mar-23 |
| Construction Completion | Jan-25 | Aug-24 | May-24 | May-24 |
| Construction Cost | $141,567 | $180,352 | $100,092 | $176,527 |
| Investment Cost | $214,330 | $273,050 | $151,538 | $267,259 |
| Funding | AAA | AAA | AAA | AAA |
| Project Type | Generators | Generators | Generators | Generators |
| Latitude | 18.32829419 | 18.34204145 | 18.34507551 | 18.35977008 |
| Longitude | -66.37961827 | -66.42005002 | -66.42365598 | -66.44104054 |



The total investment for all the projects described above amounts to **$112 million**, of which **$85 million** is allocated specifically to construction-related activities. Beyond the significant capital infusion, these initiatives are expected to generate **186 new jobs**, directly strengthening the local workforce. In addition, the projects will provide a meaningful economic boost to the **Municipality of Morovis** through ongoing contributions such as the payment of municipal patents and taxes, thereby supporting local public services and long-term economic development.



**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

## 3. Scope of Work by Project

### 3.1 CIP 2-52-6007 - Morovis Urbano WTP Rehabilitation (FAAST) (Bid No. 24-SP-019)

The Morovis Urbano Water Treatment Plant Rehabilitation Project consists of a comprehensive Design and Build effort aimed at rehabilitating and modernizing an aging water treatment facility originally constructed in 1945. The project addresses deficiencies in treatment processes, structural conditions, electrical systems, safety compliance, and operational efficiency in order to bring the facility into compliance with current industry standards and applicable codes (*Figure 2*).



*Figure 2: Morovis Urbano WTP Site and its Components*

The scope of work includes rehabilitation and upgrades to the complete treatment process train, beginning with raw water intake and extending through treated water storage and distribution. Process improvements include the rehabilitation of rapid mixing and coagulation systems, improvements to sedimentation basins, replacement and rehabilitation of dual media filtration systems (**Figure 3**), and upgrades to sludge handling and treatment systems. These improvements are intended to improve turbidity removal performance and ensure the facility can reliably meet water quality targets.



**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

The project also includes replacement of the existing chlorine gas disinfection system with a sodium hypochlorite disinfection system to improve operational safety and compliance. Associated chemical storage, feed systems, safety showers, and containment structures are included.

Supporting infrastructure improvements include rehabilitation of the backwash water tank, distribution tank, pipe galleries, and associated valves and instrumentation. Electrical and instrumentation upgrades include improvements to motor control centers, replacement of obsolete panels, new instrumentation and monitoring devices, and integration with PRASA telemetry and control systems.

Site and building improvements include interior and exterior lighting upgrades, replacement of damaged pavement, construction of new access roads and sidewalks, fence replacement, drainage improvements, and general building rehabilitation including laboratory improvements, operator workspaces, HVAC systems, and safety-related upgrades. All work is designed to comply with OSHA requirements and applicable building and electrical codes.



*Figure 3: Existing Filter's Area*

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects a construction progress of 59%, based on the latest information available in the project records and management systems at the time of this report.

Construction and improvement activities are currently underway throughout the facility. These efforts include work at the main entrance and main building areas, demolition activities within the chlorine room, and improvements at the distribution and thickener tanks (*Figure 4* and *Figure 5*), including the installation of stairs and grating. The scope of work further encompasses upgrades to the kitchenette



**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

located in the main building, installation of a recirculation manhole (MH) (*Figure 6*), and the execution of associated electrical works to support the enhanced systems and facility operations.



*Figure 4: Thickener Catwalk Installation*



*Figure 5: Distribution Tank Works*

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

CSAGROUP
EST·1956



*Figure 6: Recirculation Manhole Installation*

### 3.2 CIP 2-52-6006 - Morovis Sur WTP Rehabilitation (FAAST-25) (Bid No. 23-SP-039)

The Morovis Sur Water Treatment Plant Rehabilitation Project is a major capital improvement initiative focused on restoring, upgrading, and expanding the capacity and resiliency of the Morovis Sur WTP (*Figure 7*) and its associated raw water pumping infrastructure. The facility, originally constructed in 1945, sustained damage from Hurricane María and has experienced deterioration due to aging equipment and outdated systems.



*Figure 7: Morovis Sur WTP*



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
CAPITAL IMPROVEMENT PROGRAM
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

Treatment process improvements include construction of a new pre-sedimentation unit, conversion of existing sedimentation units to improve hydraulic performance, retrofitting of sedimentation modules with improved settling media, and construction of walkways and access structures to improve safety and maintenance access. Filtration improvements include rehabilitation of multiple filter units, installation of air scouring systems, replacement of filter media and underdrains, installation of new blowers, valve actuators, flow meters, and pressure sensors.

Disinfection system improvements include elimination of ultraviolet disinfection equipment, upgrades to chlorine building access and handling systems, and improvements to hoisting and electrical systems for chlorine cylinder handling. Storage and pumping improvements include rehabilitation of backwash tanks, contact tanks, and distribution tanks, replacement of distribution pumps with variable frequency drive (VFD) units, and upgrades to monitoring and control equipment.

The sludge treatment system is upgraded through installation of a new belt filter press for sludge dewatering, with provisions for sludge dewatering bags as a backup method, providing operational flexibility. Electrical and instrumentation upgrades include improvements to the plant's electrical distribution system, motor control centers, relocation of generator exhaust systems to meet code requirements, and installation of additional diesel fuel storage sufficient to support a minimum of seven days of continuous operation.

Overall, the project is intended to permanently address regulatory compliance issues and bring the facility back to its original operating capacity, currently reduced, allowing the plant to produce more water within its existing design and significantly improving the reliability and resilience of potable water service in Morovis.

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects a construction progress of 52%, based on the latest information available in the project records and management systems at the time of this report.



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
**Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status**



*Figure 8: Morovis Sur Improvements*

*Figure 8* shows the current construction activities which include the upgrade of the existing pipeline, increasing its diameter from 16 inches to 24 inches to improve hydraulic capacity and overall operational efficiency. The scope of work also includes the construction of a new pre-sedimentation unit and ongoing efforts to convert the existing pulsator system into a conventional sedimentation process. In addition, the construction of water recirculation tank intended to enhance water reuse, optimize treatment operations, and support improved system performance.

### 3.3 CIP 2-47-9001 - Improvements to Morovis Sur Raw Water Intake (FAAST) (Bid No. 21-SP-023)

The Morovis Sur Raw Water Intake Improvements Project focused on upgrading and modernizing the raw water intake infrastructure located along the Río Grande de Manatí. The existing intake structure currently supplied approximately 3.0 MGD and was subject to sediment accumulation, maintenance challenges, and service interruptions, particularly during high-flow and flood events (*Figure 9*).



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



*Figure 9: Raw Water Intake*

The scope of work included partial demolition of the existing intake structure and construction of a new intake system designed to improve hydraulic performance and reduce maintenance requirements (*Figure 10*). New work included construction of a concrete river weir section, installation of a Coanda screen to improve sediment exclusion, installation of new slide gates, access hatches, bar screens, fine screens, and protective components.

Improvements also included replacement of grit chamber access hatches and slide gates, removal of accumulated sediment from the grit chamber, and construction of a new flushing pipeline system. The flushing system included installation of new valves, flow control devices, air release valves, ductile iron piping, and a manhole structure to facilitate operation and maintenance.

This project is intended to minimize water supply interruptions, reduce maintenance demands, extend equipment service life, and improve the long-term reliability of the Morovis Sur raw water supply. The rehabilitation of the intake and raw water pumping stations will improve raw water extraction from 3.0 to 4.5 MGD.

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects construction was completed based on the latest information available in the project records and management systems at the time of this report.





*Figure 10: Raw Water Intake Structure*

### 3.4 CIP 2-52-6008 - Morovis Distribution System Rehabilitation (FAAST) (Bid No. 24-SP-049)

The Morovis Distribution System Rehabilitation Project is a Design and Build project addressing widespread deficiencies in the potable water distribution system serving the municipality of Morovis. The system includes infrastructure supplied by the Morovis Urbano WTP, Morovis Sur WTP, and the Arraijanes Well.

As part of the planning phase, PRASA requested the preparation of a hydraulic model covering most of the Morovis distribution system. The hydraulic model uses computer software with complex equations and geographic information systems (GIS) to create a real time model of a distribution system. The purpose of the hydraulic model was to simulate actual conditions and determine the effect of the proposed improvements in the distribution system. The simulated improvements became part of the scope of work for the project.

The scope of work includes the replacement of undersized and deteriorated pipelines within the areas, and new pipeline segments in San Lorenzo-Jaguas Ventana Neighborhood, El Cerro Sector, Fontán Sector, El Cocal Sector, Morovis Urbano Tank new pipeline, Fránquez Sector, and Marivi Apartments. Primarily upgrading 2-inch diameter lines to 4-inch diameter pipelines, installation of new ductile iron and PVC pipelines, and abandonment of obsolete segments. The project includes rehabilitation and replacement of **18 automatic control valves (ACVs)** and evaluation, rehabilitation, replacement, or installation of up to **128 air relief valves (ARVs)** to improve hydraulic performance and reduce air-related operational issues. *Figure 11* shows the installation of pipe as part of the construction process of this project.



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



*Figure 11: Replacement of 4-inch pipeline in Los Torres Sector*

Storage infrastructure improvements include rehabilitation of multiple water storage tanks, such as Arraijanes Tank, El Cerro Tank, Pimientos Tank, Palmas del Sur Tank, and Morovis Urbano Tank. Proposed works include sealing, structural repairs, painting, installation of new access stairs, handrails, hatches, air vents, valve houses, telemetry relocations, lighting systems, and site access improvements. Los Gemelos Tank (currently out-of-operation) will be permanently disconnected from the distribution system under this project.  This tank breaks the hydraulic grade line and maintaining it or trying to bring it back into service will produce service interruptions in some areas.

*Figure 12* and *Figure 13* show the construction process at the Palmas del Sur and Morovis Urbano tanks.





*Figure 12: Rehabilitation of Palmas del Sur Tank*



*Figure 13: Rehabilitation of Morovis Urbano Tank*

Pump station improvements include construction of a new pump station facility for the relocation of El Cocal Pump Station. The rehabilitation of the Arraijanes Pump Station includes the installation of new pumps, valves, electrical systems, emergency generator with seven-day fuel capacity, telemetry system, security cameras, lighting, and demolition of obsolete pump station structures.

The scope also includes drilling a new well in another location within the Arraijanes Well site. The new well will pump water to the existing Arraijanes Pump Station and then to the Arraijanes Tank. The



improvements include the pump station and tank, chlorination system, control panel, telemetry system, fencing, lighting, and access improvements.

Overall, this project aims to normalize and stabilize the delivery of approximately **3.28 MGD** of drinking water, reduce service interruptions, improve system control and monitoring, and enhance long-term operational sustainability across the municipality.

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects construction progress of 20%, based on the latest information available in the project records and management systems at the time of this report.

As a mid to long-term improvement, PRASA is currently performing another run on the Morovis distribution system hydraulic model.  This new run incorporates providing redundancy to portions of Barahona and Patrón via the Quebrada Arenas and Almirante Sur systems, respectively.  If implemented, the previously mentioned areas will receive water from other sources to speed up their recovery period if there is a situation with the Morovis Sur WTP or its related distribution system tanks and/or pumping stations.



*Figure 14: Water Service Areas & the areas where redundancy will be implemented in the drinking water service (Red Polygons)*



Using the existing infrastructure, the short-term alternative for Barahona would provide limited water service redundancy, benefit only a very small portion of the service area and representing approximately 5% to 7% of Barahona customers.



*Figure 15: Quebrada Arenas Tank and Pump Station*

For the long term, two (2) alternatives are currently being evaluated to improve system reliability and water service redundancy for the Barahona service area. Both options require the installation of new transmission pipelines to convey water from the Quebrada Arenas service area to Barahona, as well as increased pumping capacity at the existing Quebrada Arenas Tank/Pump Station. One alternative considers the construction of a new pump station to complete the transfer of water from the Quebrada Arenas Tank/Pump Station to Barahona, thereby enhancing operational flexibility during outages or high-demand conditions. Alternative two evaluates increasing the storage capacity of the twin tanks at Quebrada Arenas, which are located at the highest point in the system. With additional storage capacity and a larger-diameter transmission pipeline, it would be possible to transmit water to Barahona under improved hydraulic conditions, strengthening overall system resilience. In addition, for the Quebrada Arenas Service Area, the possibility of removing the Alicea Booster Pump Station is currently under evaluation.





*Figure 16: Almirante Sur WTP Distribution Tank and Pump Station*

In the case of Patrón, there is no short-term alternative to provide redundancy because there is currently no infrastructure that interconnects the distribution systems. Over the long term, improvements are required at the Almirante Sur WTP to establish water service redundancy for the Patrón service area, including an increase in pumping capacity and a possible increase in the diameter of the existing pipeline in the Almirante Sur system that borders Patrón. Two (2) long-term alternatives are being evaluated: one that considers water transfer exclusively through a force main using pumped transmission, and alternative two which proposes utilizing an out-of-service facility, specifically the Almirante Sur tank, to enable the transfer of water to Patrón and improve system reliability during emergency or maintenance conditions.

All alternatives described herein are intended to enhance water service redundancy for the Barahona and Patrón service areas and are currently under evaluation using a hydraulic model. Flow and pressure measurements are still pending and will be used to further calibrate and validate the model prior to final conclusions and recommendations.

### 3.5 CIP 2-00-9104 - Rehabilitation of WWPS Phase I North Region (FAAST) (Bid No. 26-SP-011)

The Cruz Rosario WWPS Rehabilitation Project is part of the Phase I North Region wastewater pump station rehabilitation program (*Figure 17*). The scope of work addresses comprehensive rehabilitation of the pump station within its existing footprint to restore reliable wastewater conveyance and improve safety and operational efficiency.



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
CAPITAL IMPROVEMENT PROGRAM
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



*Figure 17: Cruz Rosario WWPS*

Mechanical work includes removal and replacement of existing pumps, piping, valves, bar screens, access ladders, hatches, exhaust systems, and associated equipment within the wet well and valve vault. The existing valve vault is demolished and reconstructed to provide improved access and capacity (***Figure 18***).

Electrical and instrumentation upgrades include replacement of existing power infrastructure, installation of new transformers and service equipment, new motor control and protection systems, installation of a PLC-based control panel with operator interface terminal (OIT), new automatic transfer switch (ATS), upgraded instrumentation (level, pressure, and flow monitoring), and integration with PRASA's fiber optic telemetry system.

Backup power improvements include installation of a new diesel emergency generator and fuel tank mounted on a new concrete pad with access platforms and stairs. Lighting upgrades include replacement of all interior and exterior fixtures with LED lighting and installation of lightning protection systems.

Civil and structural work includes rehabilitation of wet pit surfaces, crack repairs, anti-corrosion treatments, slab and driveway replacement, perimeter fence replacement, embankment stabilization, and installation of OSHA-compliant access and fall protection systems. Security improvements include installation of a camera monitoring system. ***Figure 18*** shows the existing conditions of the wastewater pumping station.

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects going on bidding process, based on the latest information available in the project records and management systems at the time of this report.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

CSAGROUP
E S T · 1 9 5 6



*Figure 18: Cruz Rosario WWPS Existing Conditions*

### 3.6 CIP 0-80-1003 - D&B Emergency Generators Phase IV North Region (Bid No. 24-SP-021)

This Design and Build project provides for acquisition and installation of emergency generator systems at multiple PRASA wastewater facilities, such as Barahona #1, Barahona #2, Unibón Wastewater Pump Stations, and the Unibón Wastewater Treatment Plant. The scope includes installation of new emergency generator units, automatic transfer switches, diesel fuel tanks, and all required civil, mechanical, and electrical improvements for the installation. *Figure 19*, *Figure 20*, *Figure 21* and *Figure 22* show the previously mentioned facilities.



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



*Figure 19: Barahona #1 WWPS*



*Figure 20: Barahona #2 WWPS*



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



*Figure 21: Unibón WWTP*



*Figure 22: Unibón #2 WWPS*

Case 3:22-cv-01250-HRV    Document 108-3    Filed 06/12/26    Page 30 of 38

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



Work includes verification of existing facility electrical capacities, selective demolition of existing infrastructure, construction of new concrete pads and elevated platforms, installation of new feeders, conduits, grounding systems, and communication interfaces. Each installation includes telemetry integration with PRASA SCADA systems and full start-up and commissioning.

The project enhances standby power reliability and ensures continued wastewater operations during utility power outages.

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects construction progress of 25%, based on the latest information available in the project records and management systems at the time of this report.

### 3.7 CIP 2-00-9006 - D&B Emergency Generators Phase V North Region (Bid No. 26-SP-006)

This Design and Build project continues PRASA's program to replace or install emergency generators at wastewater facilities, including Palmas del Sur Wastewater Pump Station in Morovis. The scope includes furnishing and installing new generator unit, automatic transfer switch equipment, diesel tank, and supporting electrical and control systems. *Figure 23* shows the Palmas del Sur WWPS.



*Figure 23: Palmas del Sur WWPS*

Work includes permitting, site-specific engineering, demolition of obsolete equipment, construction of pads and platforms, electrical connections, fuel piping, telemetry integration, and commissioning. The project strengthens facility resilience and continuity during emergency conditions.



**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects going on bidding process, based on the latest information available in the project records and management systems at the time of this report.

### 3.8 CIP 0-80-0074 - Replacement of Emergency Generators Project (Phase II North Region)

The Emergency Generators Replacement Phase II project focuses on replacing existing or obsolete emergency generator systems across multiple facilities in the North Region, such as Unibón 4, Torrecillas 2, Torrecillas 5, and Valle San Luis Wastewater Pump Stations (*Figure 24*, *Figure 25* and *Figure 26*).



*Figure 24: Torrecillas 2 WWPS*



**PUERTO RICO AQUEDUCT AND SEWER AUTHORITY**
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status



*Figure 25: Torrecillas 5 WWPS*



*Figure 26: Valle San Luis WWPS*



The scope includes demolition and removal of existing generators, ATS units, diesel tanks, conduits, and associated infrastructure; construction of new slabs, platforms, security cages; installation of new generators, automatic transfer switch equipment, wiring, and fuel systems; and full start-up and commissioning services. Temporary power generation and bypass systems are included as needed to minimize operational impacts during construction.

This project improves system-wide resilience and ensures continuity of service during power supply interruptions.

As indicated in the section titled Project Summaries by CIP Number, the project currently reflects construction was completed based on the latest information available in the project records and management systems at the time of this report.



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

## 4. Redundancies by Project

- CIP 2-52-6007 — Morovis Urbano WTP
  - Safer disinfection redundancy by replacing chlorine gas with sodium hypochlorite, enabling duplicated feed equipment and reducing single-point failures.
  - Installation of a new recirculation pipeline and pumping system will allow improved internal flow management within the facility, ensuring adequate circulation under varying operating conditions.
  - Operational resilience via upgraded electrical systems, instrumentation, and PRASA telemetry for redundant monitoring and control.
- CIP 2-52-6006 — Morovis Sur WTP
  - Backup sludge dewatering method (dewatering bags as backup).
  - Extended diesel storage (≥7 days) to support continuity during emergencies (operational resilience measure).
- CIP 2-47-9001 — Morovis Sur Raw Water Intake
  - Reliability and reduced interruptions through improved intake design and flushing/maintenance provisions.
- CIP 2-52-6008 — Morovis Distribution System
  - Improvements strengthen system reliability and resiliency through upgraded storage, pumping, regulation valves, and telemetry.
  - Future redundancy for the Patrón and Barahona service areas via Quebrada Arenas Pump Station and Almirante Sur Water Treatment Plant. Once implemented, these interconnections would provide operational flexibility to reroute flows during outages, maintenance activities, or emergency conditions affecting the primary supply system.
- CIP 2-00-9104 Rehabilitation of WWPS Phase I, CIP 0-80-1003 — Emergency Generators Phase IV, CIP 2-00-9006 — Emergency Generators Phase V (Wastewater) and CIP 0-80-0074 — Emergency Generators Replacement Phase II
  - Standby power capability supported via generator/tank replacement and ATS/control upgrades (continuity measure during utility outages), for the following WWPS
    - Palmas del Sur
    - Cruz Rosario
    - Barahona #1
    - Barahona #2
    - Unibón #2
    - Unibón WWTP
    - Unibón #4
    - Torrecillas #2
    - Torrecillas #5
    - Valle San Luis



PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
**CAPITAL IMPROVEMENT PROGRAM**
Municipality of Morovis - PRASA CIP Strategic Planning & Projects Status

## 5. Conclusions

Morovis's active portfolio of **PRASA Capital Improvement Projects** is strategically aligned around **four system-wide priorities** aimed at strengthening reliability, compliance, and long-term resilience across the municipality's water and wastewater infrastructure.

1. **Drinking Water Reliability and Regulatory Compliance**

The Morovis Sur Water Treatment Plant (WTP) and Morovis Urbano WTP projects include broad treatment process rehabilitation, safety upgrades, electrical and instrumentation and controls modernization, and facility site improvements designed to restore performance, improve compliance with current standards, and increase resilience. Morovis Sur also targets a capacity increase to 4.5 MGD to meet current and future demand.

- Full Utilization of Morovis Sur Treatment Plant Capacity - If a water treatment plant is designed or upgraded to treat a higher flow (e.g., 4.5 MGD), the raw water intake must be capable of supplying that volume. Increasing intake capacity ensures that treatment facilities can operate at their intended design capacity, maximizing the return on infrastructure investments and preventing upstream bottlenecks that limit system performance.

- Process Units – adding a new pre-sedimentation, conversion of the Superpulsators® to conventional sedimentation basins, the rehabilitation of the filters underdrain and media, and the elimination of the UV system will provide a robust treatment process to ensure compliance and production. The Morovis Sur WTP will address historical process problems this facility has experienced.

- Better Water Quality and Regulatory Compliance - With increased intake capacity, operators have greater flexibility to:
    o Select better-quality source water conditions,
    o Reduce stress on intake equipment,
    o Avoid operating at extreme limits that can increase sediment or contaminant intake.
    o This flexibility supports more stable treatment processes, helping the utility consistently meet drinking water standards and protecting public health.

- Reduced Maintenance-Driven Outages - Older or undersized intakes often require frequent maintenance and operate at or near their maximum limits. Upgrading and increasing capacity allows equipment to operate under less mechanical stress, reducing breakdowns and unplanned shutdowns that directly impact customers.

2. **Source Water Reliability**

The Morovis Sur Raw Water Intake project modernizes a critical raw water extraction point to reduce maintenance-driven outages and improve continuity of raw water supply under challenging (flood-prone) conditions.



- Improved Reliability of Water Service - A higher-capacity raw water intake allows the system to withdraw sufficient water even during challenging conditions, such as droughts, high-turbidity events, or fluctuating river levels. This reduces the likelihood of shortages, pressure drops, or service interruptions, ensuring that residents and businesses receive consistent water service year-round.

- Enhanced Resilience During Emergencies - Larger or modernized intakes are typically more resilient to extreme weather events, floods, debris loads, and mechanical failures. This resilience is critical during emergencies, when water demand may increase (firefighting, public health needs) and when source conditions are most unstable. For the community, this translates into greater service continuity during storms and power disruptions.

3. **Distribution System Resilience**

The Morovis Distribution System rehabilitation targets improved storage, pumping, regulation, and monitoring to normalize municipality-wide delivery and reduce service disruptions.

- Reduction of friction losses through increased pipe diameter - Upsizing critical pipeline segments will reduce hydraulic friction losses, improve flow efficiency, and increase available pressure throughout the system. These improvements enhance overall conveyance capacity, reduce energy demands on pumping facilities, and contribute to more stable service conditions, particularly during peak demand periods.
- Rehabilitation of hydraulic control valves and pressure management systems - Rehabilitation of hydraulic control valves will restore proper pressure regulation, improve system responsiveness under varying demand conditions, and protect pipelines and service connections from excessive pressures. Effective pressure control also helps reduce leakage, extend asset life, and improve operational reliability.
- Installation of air release and vacuum valves - The installation of air release and vacuum valves at strategic high points and critical locations within the system will prevent air accumulation, minimize transient pressure surges, and protect pipelines from potential collapse during draining or sudden flow changes. These measures improve hydraulic performance, reduce maintenance needs, and increase overall system safety.
- Relocation of pumping equipment to improve maintenance access and operational safety - Relocating the pump to a more accessible and secure location will facilitate safer and more efficient maintenance activities, reduce downtime, and enhance operator safety. The improved layout will also allow better compliance with current safety standards and support long-term operational sustainability.
- System-Wide Synergistic Benefits - When combined with improvements to pumping stations, treatment plants, and the distribution system, increased raw water intake capacity creates a multiplier effect:
  - More raw water available
  - More treated water produced
  - More consistent delivery across the distribution network



  o Improved service in the farthest and most pressure-challenged areas.

4. **Wastewater System Resilience**

The Cruz Rosario and several other wastewater pump stations rehabilitation strengthens pumping reliability and safety, while multiple emergency generator projects provide standby power capability to reduce service interruptions caused by utility power disruptions.

- Rehabilitation of Wastewater Pump Stations (WWPS) - Rehabilitation efforts strengthen pumping reliability by addressing aging mechanical and electrical components, improving hydraulic performance, and restoring design-level capacity. These upgrades reduce the risk of pump failures, minimize sanitary sewer overflows, and enhance the system's ability to manage peak wet-weather flows.
- Improved operational safety and maintainability - Safety enhancements include upgrades to electrical systems, controls, access hatches, ventilation, and confined-space features. These improvements reduce risks to operations and maintenance personnel, allow safer routine inspections, and support compliance with current safety and regulatory standards.
- Updated monitoring systems - Updated instrumentation and control systems improve generator's sequencing, fault detection, and alarm response to identify issues more quickly and reduce response times to abnormal operating conditions.
- Installation of emergency standby generators at multiple facilities - Emergency generator projects provide reliable backup power to critical wastewater infrastructure, ensuring continued operation during utility power outages caused by storms, grid instability, or other emergencies.
- Reduction of service interruptions and environmental risks - Standby power capability significantly reduces the likelihood of pumping outages, sanitary sewer backups, and uncontrolled discharges, thereby protecting public health, environmental resources, and regulatory compliance.
- Increased system resilience to extreme weather events - Collectively, WWPS rehabilitation and emergency power upgrades improve the wastewater system's resilience against hurricanes, flooding, and prolonged power disruptions, supporting uninterrupted service during emergency conditions.

Items **1 through 3** provide a strong **synergistic effect** that delivers integrated benefits to PRASA customers in the Municipality of Morovis by addressing the drinking water system from source to service connection. Improvements to the **Morovis Sur Raw Water Intake** and associated **Intermediate Pumping Stations**, combined with comprehensive upgrades at the **Morovis Sur Water Treatment Plant (WTP)**, will collectively ensure the system's capability to reliably **treat up to 4.5 million gallons per day (MGD)**. This integrated approach eliminates upstream constraints, allowing treatment facilities to operate at their intended design capacity while improving overall system reliability and resilience.

Once treated, potable water will be conveyed through an **improved and optimized distribution system** developed using the results of a detailed **hydraulic model**. The hydraulic modeling effort focuses on identifying system-wide deficiencies and implementing coordinated solutions that maximize efficiency,



improve pressure balance, and reduce service variability across the municipality. This strategy prioritizes long-term, holistic improvements rather than isolated local repairs, ensuring that investments generate sustainable benefits and reduce future operational challenges.

The most remote and hydraulically challenged areas of the distribution system, including **Barahona and Patrón**, stand to benefit significantly from these upgrades. In the longer term, these sectors could further enhance reliability through additional redundancy provided by potential interconnections with the **Quebrada Arenas and Almirante Sur systems**, should funding become available and PRASA proceed with execution of such projects. These interconnections would increase operational flexibility, improve emergency response capability, and reduce vulnerability to localized outages.

Overall, PRASA is strategically implementing projects that address the **most critical service reliability, capacity, and operational issues** experienced by its customers in Morovis. While the positive impacts of these capital improvements will materialize progressively as projects are completed and placed into service, their combined effect will result in measurable enhancements to water availability, pressure stability, regulatory compliance, and system resilience throughout the municipality.