**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

CARMEN MALDONADO-ORTIZ, et al.,

Plaintiffs,

v.

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY, et al.,

Defendants.

CIVIL NO. 22-1250 (HRV)

**ORDER**

The Parties having filed a Joint Stipulation of Voluntary Dismissal Without Prejudice and Request for Retention of Jurisdiction (Docket No. 108), which is NOTED and GRANTED, the Court hereby:

DISMISSES this action WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

INCORPORATES by reference the Settlement Agreement executed by the Parties;

RETAINS EXCLUSIVE JURISDICTION to interpret, implement, supervise, enforce, and, where appropriate, modify the Settlement Agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994); and

ORDERS that any application concerning enforcement of the Settlement Agreement may be brought before this Court by motion in this case without the necessity of filing a separate action.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 15th day of June, 2026.

S/Héctor L. Ramos-Vega
HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE