# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARMEN MALDONADO-ORTIZ, et al.,

Plaintiffs,

v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY, et al.,

Defendants.

CIVIL NO. 22-1250 (HRV)

## JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties' joint notice of voluntary dismissal that the Court noted (Docket Nos. 108 and 109), Judgment is hereby entered dismissing this action without prejudice. This case is now closed for statistical purposes.

**IT IS SO ORDERED, ADJUDGED and DECREED.**

In San Juan, Puerto Rico this 15th day of June, 2026.

S/Héctor L. Ramos-Vega
HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE